UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICARDO GARRETT, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:12-CV-402-JAR |
| IAN WALLACE[1], | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time (Doc. 33). He states that he has requested, but not yet received, additional law library time necessary to prepare a reply. His second such request, Petitioner asks for an extension until March 24, 2015. Upon consideration,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time (Doc. 33) is **GRANTED.** However, Petitioner is warned that no further extensions will be granted.

Dated this 4th day of March, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is currently incarcerated at Southeast Correctional Center in Charleston, Missouri (Doc. 21). Ian Wallace is the current Warden and proper party respondent. *See* 28 U.S.C. § 2254, Rule 2(a).